AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

INDEPENDENT DISPATCH, INC.

   Plaintiff,

V.

F.C. MEYER PACKAGING, LLC

   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10950 RWZ

TO: (Name and address of Defendant)

   F.C. Meyer Packaging, LLC
   585 South Union Street
   Lawrence, MA  01843

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Liese Gallagher Howarth
   Gallagher & Howarth, PC
   68 Bridge Street, Suite 207
   Suffield, CT  06078

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  MAY - 9 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

May 26, 2005

I hereby certify and return that on 5/25/2005 at 10:49 AM I served a true and attested copy of the summons in a civil action, complaint and exhibits in this action in the following manner: To wit, by delivering in hand to Zi Wightman, process manager, agent, person in charge at the time of service for F.C. MEYER PACKAGING, LLC, 585 South Union Street, Lawrence, MA 01843. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

Deputy Sheriff Joseph Parolisi

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.