## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **INDEPENDENT DISPATCH, INC** | ) | |
| | ) | **Civil Action Case No. 05-10950 RWZ** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **F. C. MEYERS PACKAGING, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

### AMENDED ANSWER TO THE COUNTERCLAIM

Plaintiff and Defendant-in-Counterclaim, Independant Dispatch, Inc. ("IDI") Answers the

Counterclaim as follows:

1.  No response is required to paragraph 1 of the Counterclaim.

2.  Admit

3.  IDI is without sufficient knowledge or information to admit or deny the

    allegations contained in paragraph 3 of the Counterclaim.

4.  IDI admits that is Oregon corporation with a principal place of business as

    alleged, but denies that it simply arranges shipments for third parties.  IDI operates

    as a federally licensed freight forwarder of general commodities and as a motor

    carrier.

5.  Admit only that from time to time IDI offered specific rates and services to F.C.

    Meyers Packaging, LLC (FC Meyers).

6.  Deny.

7.  Deny that FC Meyer's "engaged" IDI.  FC Meyers choose to request service from

Upon information and belief, plaintiff has failed to join indispensable parties.

## FOURTH AFFIRMATIVE DEFENSE

Whatever shipments were forwarded by IDI were accepted in accordance with and subject to all the terms and conditions of all applicable contracts, bills of lading, any applicable tariffs and classifications, and the rules set forth therein. IDI duly performed the terms and conditions on its part to be performed. IDI claims the benefit of all defenses accorded it by those waybills and by all other applicable contracts under which the shipment traveled.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to present a claim and/or suit within the appropriate time limitations required by the contract of carriage.

## SIXTH AFFIRMATIVE DEFENSE

The loss, if any, occurred as a result of an act or default of the shipper or its agent, without intervening action on the part of IDI.

## SEVENTH AFFIRMATIVE DEFENSE

To the extent that plaintiff seeks recovery for special damages, Cargo Transit is not responsible.

## EIGHTH AFFIRMATIVE DEFENSE

In the event that the plaintiff had not or has not any title or interest in the shipment the subject of this action, then the plaintiff is not the real party of interest herein and is not entitled to maintain this suit.

## NINTH AFFIRMATIVE DEFENSE

Upon information and belief FC Meyers and/or its customer have failed to mitigate damages.

IDI pursuant to the rate proposals.

8.     The Counterclaim contains no paragraph 8.

9.     Admit only that a shipment was delivered to Phoenix, AZ rather than Pleasanton, CA, however deny that it was IDI that misrouted the shipment.

10.    IDI is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 10 of the Counterclaim, however the arrangements between FC Meyer and its customer are immaterial, as it is undisputed that the shipment was delivered and in the possession of FC Meyer's customer, thus any claim for the full value of the shipment by FC Meyer or its customer cannot be made in good faith.

11.    Deny.

12.    Deny.

13.    Deny.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff-in-counterclaim has failed to state a claim for which relief may be granted against IDI.  Plaintiff-in-counterclaim is and was aware when it brought its counterclaim that the shipment at issue had been delivered to its customer and that neither it nor its customer were entitled to claim the full value of the shipment.  Plaintiff-in-counterclaim's claim was brought in bad faith, without investigation and solely to harass IDI and drive up the cost of litigation.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff-in-counterclaim's claim is preempted by the Carmack Amendment.

## THIRD AFFIRMATIVE DEFENSE

## TENTH AFFIRMATIVE DEFENSE

Upon information and belief FC Meyer's customer is in actual possession of shipment, and has suffered no damages.

WHEREFORE, defendant Independent Dispatch, Inc. demands judgment dismissing the counterclaim, its reasonable attorney fees and costs for defending against a bad faith claim and such other and further relief as this Court deems just and proper.

Respectfully submitted,

Liese Gallagher Howarth
BBO # 637101
GALLAGHER & HOWARTH, P.C.
68 Bridge Street, Suite 207
Suffield, CT 06078
(860) 254-5434
(860) 254-5430 Facsimile
Howarthlaw@aol.com

Date: July 13, 2005

## CERTIFICATE OF SERVICE

I, Liese G. Howarth, hereby certify that on July 13, 2005, I served via U.S. Mail, postage prepaid, a copy of the foregoing Amended Answer to the Counterclaim to the following attorney:

Matthew P. Schaefer
Brann & Isaacson
184 Main Street, P. O. Box 3070
Lewiston, ME 04243-3070

Liese G. Howarth, Esq.
**GALLAGHER & HOWARTH, P.C.**
68 Bridge Street
Suite 207
Suffield, CT 06078
Phone: (860) 254-5434
Facsimile: (860) 254-5430

Attorney for Plaintiff

 **FC Meyer Packaging** llc
A Mafcote Affiliate

**Charles J. Steinbreche**
**Production / Distribution Manage**
**1000 Thomas Avenu**
**Jeannette, PA 1564**
**Phone: 724-523-5565 x 11!**
**Fax:  724-527-479'**
**Email:csteinbrecher@fcmpackagingsales.con**

May 6, 2005

TO:    Ron Johnson Independent Dispatch

FR:    Charles Steinbrecher        Production / Distribution Manager

RE:    Shortage Claim

To whom it may concern,

Due to your inability to provide a proof of delivery for our load #9296, I am ser ding a
credit or charge back for the entire amount of the invoice.

Thank You,

Charles J. Steinbrecher



**FC Meyer Packaging** llc
A Mafcote Affiliate

Charles J. Steinbrecher
Production / Distribution Manager
1000 Thomas Avenue
Jeannette, PA 15644
Phone: 724-523-5565 x 115
Fax:  724-527-4791
Email:csteinbrecher@fcmpackagingsales.com

May 6, 2005

TO:   Ron Johnson Independent Dispatch

FR:    Charles Steinbrecher          Production / Distribution Manager

RE:    Shortage Claim

To whom it may concern,

Please remit the attached shortage claim as you signed for 1,176 cases and delivered only 0 (zero). The consignee has no record of receiving.

Thank You,

Charles J. Steinbrecher

# OVERAGE SHORTAGES & DAMAGES

| INVOICE | CUST | ADDR | CITY | ZIP | ITEM | Price | # P S | Total |
|---------|------|------|------|-----|------|-------|-------|-------|
| 9296 | | Unisource 4225 Hacienda Drive Pleasanton, | | 94588 | ALL | $15,167.52 | 1 $ | 15,167.52 |
| | | | | | | | Tra er | |

$ 15,167.52

**These items were short on a load picked up at our facility on 11/22/04. You signed for 1176 cs. and delivered 0. Please remit the amount shown.**

# COVER

# FAX

# SHEET

**Company:** F C MEYER
**Attn:** Chuck Steinbrecher
**Fax #:** 724.527.3575
**Subject:** P.O.D. for trlr# EMHU 241861
**Date:** ~~5.31.05~~ 6.7.05
**Pages:** 2, including cover page

From the desk of...

**Ron Johnson**
*Account Manager*
rjohnson@independentdispatch.com

Independent Dispatch, Inc.
214 NE Middlefield Road
Portland, Oregon 97211-1299

877-535-6411
503-535-6411
Fax: 503-327-2256

1:30
0745

**J & L TRANSPORTATION INC.**
P.O. Box 6325 • Phoenix, Arizona 85005-6325
(602) 278-8192 FAX (602) 278-6931

DATE 12 1 04

4 619+

| SHIPPER | | CONSIGNEE | B/L # |
|---|---|---|---|
| FL MEYER PACKAGING | | UNISOURCE | 1 (602) 278-2516 |
| PORTLAND OR | | 844 N 47th AVE | |
| | | PHOENIX AZ | UNISOURC |
| | | | Janice |

Ref. #                                        P.O. #    43412638

| Trlr. # EMHU-241861-UP | P/U # 2434O86 | CUST. | INDEPDIS REF. # 6542 2 |
|---|---|---|---|

| Description A SEALED TRLR 13 PCS | Weight 43,000 | Bill To: INDEPENDENT DISPATCH |
|---|---|---|
| | | 214 N E MIDDLEFIELD RD |
| | | PORTLAND OR 97211 |

Appt. Date **12/1**      Time **10:00**

| Wait ☑ | Drop ☐ | Unload ☐ | H/M ☐ | CHARGES | | |
|---|---|---|---|---|---|---|
| Instructions: | | | | DEL/PU | | 105.00 |
| | | | | | | 15.75 |

REFUSE 1 O CS
# 1315 DAMAGE
1129 PCS

| DRIVER _____ | ARRIVE 1:15 | |
|---|---|---|
| SEAL # 4403 593 | DEPART 1:30 | Authorization # |
| SIGNATURE | | This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable requisitions of the Department of Transportation. |
| | | **TOTAL $ 120.75** |
| X _____ Steve R Ostap | | Trailer must be called in when empty and clean within 48 hours, detention charges will be charged after 48 hours time is used. |
| TRAILER RECEIVED IN GOOD CONDITION UNLESS NOTED | | |

## Confirmation Report — Memory Send

Date & Time: Jun-07-2005  02:41pm
Tel line   : 503-535-6538
Machine ID : IDI Itermodal

| | | |
|---|---|---|
| Job number | : | 002 |
| Date & Time | : | Jun-07 02:40pm |
| To | : | 917245273575 |
| Number of pages | : | 002 |
| Start time | : | Jun-07 02:40pm |
| End time | : | Jun-07 02:41pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 002        *** SEND SUCCESSFUL  ***

## COVER

## SHEET

# FAX

**Company:**  F C MEYER
**Attn:**      Chuck Steinbrecher
**Fax #:**     724.527.3575
**Subject:**   P.O.D. for trlr# EMHU 241861
**Date:**      ~~5.31.05~~ 6. 7. 05
**Pages:**     2, including cover page

From the desk of...

**Ron Johnson**
*Account Manager*
rjohnson@indep  identdispatch.com

Indepe  dent Dispatch, Inc.
214 N  E Middlefield Road
Portland, C  regon 97211-1209

877-535-6411
503-535-6411
fax: 503-327-2256

## Confirmation Report — Memory Send

Date & Time: May-31-2005  03:06pm
Tel line    : 503-535-6538
Machine ID : IDI Itermodal

| | | |
|---|---|---|
| Job number | : | 827 |
| Date & Time | : | May-31 03:06pm |
| To | : | 917246273575 |
| Number of pages | : | 002 |
| Start time | : | May-31 03:06pm |
| End time | : | May-31 03:06pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 827                  *** SEND SUCCESSFUL ***

---

**COVER**

**SHEET**

**FAX**

**Company:**  F C MEYER
**Attn:**     Chuck Steinbrecher
**Fax #:**    724.527.3575
**Subject:**  P.O.D. for trlr# EMHU 241861
**Date:**     5.31.05
**Pages:**    2, including cover page

From the desk of...

Ron Johnson
Account Manager
rjohnson@inde...ndentdispatch.com

Inde...dent Dispatch, Inc.
214 | E Middlefield Road
Portland,  Oregon 97211-1200

877-535-0411
503-535-6411
Fax: 503-327-3219

503-285-4035

Ron,

I faxed this to OS;T.

My boss wants me to charge Then
or IDI back for the entire load if
I don't get a POD today. You are
The only broker I use that uses
OS;T as a cartage company.

Please help me out with this,

Thank you

Charle J St

724-923-5375

ExF 115

06-15-2005  13:50    From-

May-02-2005  15:53    From-IDI CUSTOMER SERVICE    +2534450778    T-847  P.00 /001  F-820

# Independent Dispatch, Inc.
214 N.E. Middlefield Rd.
Portland, OR 97211-1299
Phone: 503-285-4251
Fax: 503-285-4035

Carrier: **J & L Transport ation Inc**

Fax No: **602-278-4931**

Rate: **120.76**

Shipment Date: **11/19/04**

# PRENOTIFICATION

Equip Type: **53' EMHU CONTAINER**

Trailer No: **EMHU 241861**

Seal No:

Weight: **43000**    Pieces: **13**    **Commodity Cartons**

Shipper: **FC Meyer Packaging**

Arriving at: **UP/PHOEXPRES AZ**

$4 = 619 +$
$12 - 01$

Deliver To 1. **Unisource**
**844 N 47th Ave**
**Pheonix, AZ**

Contact:
Phone No: 602-278-? 611
PO No.: 43412638

Instructions: **Call for Appointment**

please Fax POD ASAP

attn:
Here is POD
Requested...
*I'm sorry for the
incident (!!)
Thx, Teresa(!!)

IDI Control No: 654202    (This number must be referenced when invoicing I. 1L.)

If you have any questions, please contact:    **Sean Walker**
Phone 503-535-6412   Fax:503-327-2266

IDI Document System Cover Sheet
Intermodal Department

Cust Svc Rep: SW

| | |
|---|---|
| Customer Name: | FC Meyer Packaging |
| Order No.: | 654202 |
| Invoice No: | 249032 |
| Date: | November 19, 2004 |
| Trailer/Container No: | EMHU  241861 |
| Customer No: | 5566 |
| Shipper No: | 99999 |
| Customer PO No: | 9756 |
| Consignee PO No: | 43412638 |

 **INDEPENDENT DISPATCH, INC.**     **6 54202** 

**EDI / FAX**

| | |
|---|---|
| Date: | |
| Time: | |

Todays Date: _____ 11.12 04

Origin RR/Van Size: _____ EMP 53' (H( ) STACK

"*'22* **NO NA¢S TO AZ**

| | |
|---|---|
| Shipper: | FC MEYER |
| | JEANNETTE, PA |

Pickup Date: _____ ASAP...CALL 24 HO( RS PRIOR TO PU

Pickup #: _____ 975 i

Phone #: _____ 724.523.55 :5 x 115

Contact: **CHUCK STEINBRECHER**

Consignee: **UNISOURCE**
844 NORTH 47TH AVE
PHOENIX, AZ

PO #: _____ 43412 i38

Phone #: _____ (602) 27( -3411

Contact: _____

Send Freight Bill To: **FC MEYER**
ship date must be printed in body of inv.
and copy of origin B/L attached.

Cust. Order #: _____ 975 i

By: _____ PETI R

Acct. #: _____ 556 i

Written By: _____ RJ

Special Instructions: *EQUIP RESERV#* EH53G6²OZS Exp ⁴/2) 2359

| | |
|---|---|
| Rate: | **23R** $2929 + $265 (FSC) |
| Trailer: | EMHU241861 |
| Seal: | |
| Weight: | |

(1 %) OST    176.7

(FAX# 724. 63.8926)

($1810 + 1 .5%) NS    2036.25

*Rey*    105

($105 + 15%) J&L TRANSPOR ATION    120.75

| | |
|---|---|
| Plan: | 25    Quote: ___○○ |
| Routing: | PITTSBURGH, PA / PHOENIX |
| | NS / CHI / |

Commodity: _____ F )LDED CARTONS

NOA: _____ J&L TRANSPORT

| Reservation | EHSNGS8925 | | Equipment Number | EMHU 2X1851 |
|---|---|---|---|---|
| Program | EMP | | Equipment | Dry High Cube |
| Customer | INDEPENDENT DISPATCH | | Customer Reference | FC 3... / 654292 |
| Reservation Resvn | K9 Pittsburgh | | BOL | |
| Origin Ramp | NS Pittsburgh | | Origin Drayman | V.M.L. Trucking Co., Inc. |
| Destination Ramp | UP Phoenix Express | | Destination Drayman | J Tri-1 Transportation, Inc. |
| Return Ramp | UP Phoenix Express | | Seal Number | 1443593 |
| Creation User | *AUTOBOOK / | | Change User | |
| Creation Date/Time | 11/18/2004 07:40 | | Change Date/Time | |
| Apply to Open Reservation | | | Request Number | 895064 |
| Chassis Number | | | Expiration Date/Time | 12/01/2004 14:00 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chg Demurrage | NS | 11/18/2004 | 12:53 | 11/22/2004 | 11:46 | 3 | 15.0 | 45.0 |
| Dest Demurrage | UP | 12/01/2004 | 10:56 | 12/01/2004 | 14:00 | 2 | 15.0 | 30.0 |
| | | | | | | | | 75.0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Reservation | | | | | Equipment Number | | EMHU 241981 | |
| Program | EHXX/X63025 | | | | Equipment | | 53 High Cube | |
| Customer | EMP | | | | Customer Reference | | PC Meyer | |
| Reservation Ramp | INDEPENDENT DISPATCH | | | | BOL | | 854302 | |
| Reservation Ramp | NS Pittsburgh | | | | | | | |
| Origin Ramp | Not Pittsburgh | | | | Origin Drayman | | | |
| Destination Ramp | UP Phoenix Express | | | | Destination Drayman | | J & L Transportation, Inc. | |
| Return Ramp | UP Phoenix Express | | | | Seal Number | | 14403923 | |
| Creation User | *AUTOBOOK / | | | | Change User | | / | |
| Creation Date/Time | 11/18/2004 07:40 | | | | Change Date/Time | | | |
| Apply to Open Reservation | | | | | Request Number | | 835084 | |
| Chassis Number | | | | | Expiration Date/Time | | 12/01/2004 14:30 | |

| StandBy | NS | Pittsburgh | 11/18/2004 | 07:40 | 11/18/2004 | 07:40 | 0.0 | 0.0 |
|---|---|---|---|---|---|---|---|---|
| Reprd | NS | Pittsburgh | 11/18/2004 | 07:40 | 11/18/2004 | 12:53 | 5.2 | 0.21 |
| Empty/Load | NS | Pittsburgh | 11/19/2004 | 12:53 | 11/19/2004 | 12:53 | 0.0 | 0.0 |
| OrigStreet | NS | Pittsburgh | 11/19/2004 | 12:53 | 11/22/2004 | 11:46 | 70.88 | 2.95 |
| OrigRamp | NS | Pittsburgh | 11/22/2004 | 11:46 | 11/22/2004 | 18:44 | 6.96 | 0.29 |
| Transit | NS | Pittsburgh | 11/22/2004 | 18:44 | 11/24/2004 | 04:02 | 33.3 | 1.38 |
| XTown | NS | 63rd Street | 11/24/2004 | 04:02 | 11/24/2004 | 10:09 | 6.11 | 0.25 |
| Transit | UP | Chicago IMX | 11/24/2004 | 10:09 | 11/29/2004 | 18:44 | 126.58 | 5.27 |
| XTown | UP | Wilmot, AZ | 11/29/2004 | 18:44 | 11/29/2004 | 19:20 | 2.6 | 0.1 |
| Repo/Trans | UP | Phoenix Express | 11/29/2004 | 19:20 | 11/30/2004 | 06:45 | 11.41 | 0.47 |
| StrFree/Time | UP | Phoenix Express | 11/30/2004 | 06:45 | 12/02/2004 | 23:59 | 65.23 | 2.71 |
| Load/Empty | UP | Phoenix Express | 11/30/2004 | 06:45 | 11/30/2004 | 06:45 | 0.0 | 0.0 |
| DestRamp | UP | Phoenix Express | 11/30/2004 | 06:45 | 12/01/2004 | 10:56 | 28.18 | 1.17 |
| DestStreet | UP | Phoenix Express | 12/01/2004 | 10:56 | 12/01/2004 | 14:00 | 3.06 | 0.12 |
| Complete | UP | Phoenix Express | 12/01/2004 | 14:00 | 12/01/2004 | 14:00 | 0.0 | 0.0 |
| | | | | | | | 359.51 | 14.91999999999998 |

654202          176783

9296

**THIS MEMORANDUM** Is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy of duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Eastern Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| From | FC MEYER PACKAGING, llc |  | | | 11-02-04 |
| At | HUFF AVENUE GREENSBURG, PA. 15601 | BY | DESIGNATE WITH AN OG TRUCK ☐ FREIGHT ☐ Shipper's No. | | 9296 |
| By | | | Company | Agent's No. | |

Consigned to   UNISOURCE WORLDWIDE   9999
                UNISOURCE WORLDWIDE
Destination     4225 HACIENDA DR
                PLEASANTON, CA 94588      State of          County o

Route                                     Release No. 31245955  WSFZ  630 920

Delivering Carrier   COMM  OST           Vehicle or Car Initial           No  TMN 9196.

| No. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 3 | | | 55 | |
| 4 | CALL FOR DELIVERY APPOINTMENT 925-227-6044 DELIVERY DATE 11/03/04 | | | |
| 1131 | CASES       TOTAL WGT # OF PALLETS | 32904.00 | | |
| | FOLDING CARTONS, K.D.F. O.T. CORRUGATED NMFC #29280 | | | |
| | SEN 14408593 | | | |

TOTAL

FC MEYER PKG LLC
1000 THOMAS AVENUE
JEANNETTE, PA.  15644                     FC MEYER PACKAGING, llc
                                          Shipper                    Agent
                                          Per

Permanent post office address of Shipper   TOTAL WGT

249032

**REQUEST FOR RAIL BILLING**

*Please Re Bill*

TO _Kenor_          DATE _11-22-04_

**FROM: OST TRUCKING CO., INC.**

**PH# 1-800-617-9103**

**FAX# 724-863-8926**

|  |  |
|---|---|
| **STEAMSHIP LINE:** | _EMP_ |
| **CONTAINER#** | _GMHU 241861_ |
| **CHASSIS#** | |
| **BOOKING#** | _654202_ |
| **SEAL#** | |
| **WEIGHT:** | |
| **OTHER:** | |
| **HAZARDOUS CARGO:** | |

**PLEASE SEND EMPTY RAIL BILLING TO:**

**CSX / PITTSBURGH,PA.**

**PH# 412-856-7498**

**FAX# 412-856-7806**

**N&S PITTSBURGH,PA.**

**PH# 412-891-5525**

**FAX# 412-813-5526**

**IF THERE ARE ANY PROBLEMS WITH PROCESSING THIS RAIL**

**BILLING CONTACT OST TRUCKING AT THE ABOVE PHONE#**

**NUMBER OF PAGES SENT** _____          **TIME** _____

**REQUEST FOR RAIL BILLING**

*Please fax Both*

TO __Karen__                              DATE __11-22-04__

**FROM: OST TRUCKING CO., INC.**

**PH# 1-800-517-9103**

**FAX# 724-863-8926**

**STEAMSHIP LINE:** _____ EMP _____

**CONTAINER#** _____ GMHU 241861 _____

**CHASSIS#** _____

**BOOKING#** _____ 654202 _____

**SEAL#** _____ 440?59? _____

**WEIGHT:** _____ 32,900 _____

**OTHER:** _____ 52 pllet _____

**HAZARDOUS CARGO:** _____

**PLEASE SEND EMPTY RAIL BILLING TO:**

**CSX / PITTSBURGH, PA.**                 **N&S PITTSBURGH, PA.**

**PH# 412-856-7498**                      **PH# 412-893-5525**

**FAX# 412-856-7806**                     **FAX# 412-891-5526**

**IF THERE ARE ANY PROBLEMS WITH PROCESSING THIS RAIL**

**BILLING CONTACT OST TRUCKING AT THE ABOVE PHONE#**

**NUMBER OF PAGES SENT** _____ 1 _____       **TIME** __11:15__

## BILL OF LADING

**BOL No:** 654202                   **BOL Date:** 11/19/04                              **CN Reservation No.**

**Car initial and No:** EMHU   241861      **Kind:** CN      **Length:**   53 ft  **No of Cars:**  1  **Plan:**   25  **Rule 1 :** No

**Origin Ramp:**   PITTSBURGH, PA                               **Destination Ramp:**   PHOEXPRES, AZ

**Routing:**   NS CHGO UP

---

| **Bill-To:** | Independent Dispatch, Inc.<br>214 NE Middlefield Road<br>Portland OR 97211<br>Phone No: 503-285-4251 | **Shipper:** | Independent Dispatch, Inc.<br>214 NE Middlefield Road<br>Portland OR 97211<br>Phone No: 503-285-4251 |
|---|---|---|---|

**Notify Party:**      J & L Transportation Inc
                       602-278-4931

---

**Method of Payment:**     Prepaid                      **STCC Code:**   2646210            **FDA** No

**Net Weight:**        43000   Pounds                   **Pieces:**      13.00              **UM:** UNT

**Seal No:**                                            **Description:**  Cartons

---

**Additional Names:**

**Beneficial Owner:**                 FC Meyer Packaging
                                      1000 Thomas Ave
                                      Jeannette PA

**Crosstown Switch Party:**

**Party Performing Certification:**      Independent Dispatch, Inc.

**Customs Broker:**

**Ship From:**        1.  FC Meyer
                          Jeanette PA

**Deliver To:**       1.  Unisource
                          844 N 47th Ave
                          Pheonix AZ

---

**Price Authority:**

NSPQ9000

# IDI Independent Dispatch Inc.

## FC Meyers Packaging Intermodal Booking

### Rail Confirmation :    Ron's Direct Fax: 503-327-2256
### Office Fax: 503-285-4035

**TO:** Ron Johnson/ IDI
214 N.E. Middlefield Road
Portland, Oregon 97211-1299
Attention: Ron Johnson
Direct Dial:    877-531-6411
Office:    800-825-0430

---

**PICKUP/ ACCOUNT:**    FC Meyer Packaging    Account #5514
1000 Thomas Avenue
Jeannette, PA 15644
Attention: Chuck Steinbrecher
724-523-5565 Extension 115

---

**CONTAINER SIZE REQUESTED (Circle One)**    40'    45'    48'    (53')

**ORDER LOAD DATE:**    _ASAP_

**FC MEYERS SALES ORDER NUMBER:**    _9756_

**IDI ORDER NUMBER:**

**CONTAINER NUMBER:**

---

**DESTINATION/CONSIGNEE CONTACT INFORMATION:**
_CUST    PO    434 12638_

_Phoenix_

_PICK UP @ Jannette_

EH53G62025 - AutoBook for Standby # 855064

| Booking# | Customer# | Equip Size Equip Type | Reservation RR | Reservation Ramp |
|----------|-----------|----------------------|-----------------|------------------|
| EH53G62025 | 5800 | 53 U288 | NS | PIT |

OST

EH53G62025 - AutoBook for Standby # 855064

| Booking# | Ramp Description | Standby # | Expiration Date | Expiration Time |
|----------|------------------|-----------|-----------------|-----------------|
| EH53G62025 | Pittsburgh | 855064 | 20041120 | 235959 |



| INVOICE | ORIGINAL FREIGHT BILL | INVOICE NUMBER |
| --- | --- | --- |

**5566**
**DATE** 11/19/04
**EMHU 241861**

**INDEPENDENT DISPATCH, INC.** HOLD BOL
Order No. - 65420

INVOICE NUMBER REFER TO THIS NUMBER

**249032**

Unisource
844 N 47th Ave
Pheonix
AZ

SHIPPER'S NUMBER
**9756**
ROUTE (CARRIERS, PRO DATE, NO., JUNCTIONS)

**NS CHGO UP**

FC Meyer
Jeanette
PA

FC Meyer Packaging
1000 Thomas Ave
Jeannette, PA 15644

US DOT 257461 INPD FF-1490 INDD

**INTERMODAL**    Terms:   NET 30

| | | | |
| --- | --- | --- | --- |
| 1 Folded Cartons | | 43,000 | 2,319.00 | 2,319.00 |
| 1 FSC | | | 265.00 | 265.00 |
| | | | Total: | 2,584.00 |

PLEASE REMIT ON THIS INVOICE.
NO STATEMENT WILL BE SENT.

WHEN PAYING
ALWAYS ATTACH
REMITTANCE ADVICE.

PAY TO

INDEPENDENT DISPATCH, INC.
814 N.E. MIDDLEFIELD RD.
PORTLAND, OREGON 97211
PHONE (503) 595-4361
FAX (503) 595-4998

06-15-2005  13:48  From-

5- 3-05; 4:22PM;JEANNETTE PACKAGING                      17245273575      # 2/ 2

T-335  P.007/020  F-540

724
Rx3
89 24

*Anthony - Unisource has no record
of receiving this. I need a pod
As AP or There will be a
Chargeback for the entire load*

## STRAIGHT BILL OF 'DING—SHORT FORM—ORIGINAL—? • NEGOTIABLE

9296

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill or Lading...

From    **FC MEYER PACKAGING, llc**

At      CLIFF AVENUE
        GREENSBURG, PA. 15601

By                                          Company        BY  TRUCK ☐   FREIGHT ☐  Shipper's No.  9296

Consigned to                                                                              Agent's No.
        UNISOURCE WORLDWIDE
Destination  UNISOURCE WORLDWIDE          9999           State of
        4225 HACIENDA DR
        PLEASANTON, CA 94588                              Release No. 31245955        County of

Route

Delivering Carrier  COMM  CST

| No.<br>PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL<br>MARKS AND EXCEPTIONS | *WEIGHT<br>(SUBJECT TO COOK) | CLASS<br>OR RATE | CHECK<br>COLUMN |
|---|---|---|---|---|
| 1176 | CALL FOR DELIVERY APPOINTMENT<br>925-227-6064<br>DELIVERY DATE 11/03/04 |  |  |  |
|  | CASES  * OF PALLETS  TOTAL WGT  32904.00 | 555 |  |  |
|  | FOLDING CARTONS, K.D.F. D.T. CORRUGATED |  |  |  |
|  | NMFC #29280 |  |  |  |

TOTAL
PIECES

FC MEYER PKG LLC
1000 THOMAS AVENUE
JEANNETTE, PA. 15644

Permanent post office address of shipper

FC MEYER PACKAGING, llc

Per
Shipper

Per
Agent

TOTAL WGT

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

Charges Advanced:

*11-22-04*

UNION PAUMB

*Chuck*
*724-523-5525 - 115*