## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **INDEPENDENT DISPATCH, INC**<br>**Plaintiff,** | ) ) ) | **Civil Action No.: 05-10950 RWZ** |
| **v.** | ) ) | |
| **F. C. MEYERS PACKAGING, LLC**<br>**Defendant,**<br>**Plaintiff-in-Counterclaim** | ) ) ) ) | **THIRD PARTY COMPLAINT** |
| **v.** | ) ) | |
| **INDEPENDENT DISPATCH, INC.**<br>**Defendant in Counterclaim,**<br>**Third Party Plaintiff** | ) ) ) ) | |
| **v.** | ) ) | |
| **Unisource Worldwide, Inc.**<br>**Third Party Defendant.** | ) ) | |

Defendant-in-Counterclaim, Independant Dispatch, Inc. by way of Third-Party Complaint against Third Party Defendant, Unisource, Inc. states as follows:

### INTRODUCTION

1.      Independent Dispatch, Inc. ("IDI") filed suit against Defendant, F.C Meyers Packaging, Inc. (FC Meyer) to recover $28,486.60 in freight charges, for interstate transportation services provided at the request of and to the benefit of FC Meyer. FC Meyer brought a counterclaim against IDI seeking $15,000, as the full value for an allegedly non-delivered shipment. Third Party Defendant, Unisource, Inc. accepted delivery of the shipment, and IDI seeks to recover the goods or their full value, plus interest, costs and fees.

### PARTIES

2.      Third-Party Plaintiff, Independant Dispatch, Inc. (hereinafter "IDI") is a Oregon

corporation with a principal place of business at 214 N.E Middlefield Road, Portland, Oregon. IDI is a freight forwarder and intermodal sales agent on the shipments at issue.

3.      On information and belief, Third-Party Defendant, Unisource Worldwide, Inc. is a corporation with its corporate headquarters in Norcross, Georgia, and distribution facilities around the country, including Phoenix, Arizona, Pleasanton, California, and one at 9 Crystal Pond Road, Southborough Massachusetts.

## JURISDICTION

4.      The Court has subject matter jurisdiction under 28 U.S.C. §1337 as the counterclaim alleges loss or damage to freight in interstate commerce subject to the Carmack Amendment 49 U.S.C. §§11706 and14706.  The Court also has pendant jurisdiction under 28 U.S.C. §1367

5.      The Court has personal jurisdiction as Third Party Defendant  has a facility in this

## STATEMENT OF FACTS

6.      On or around November 12, 2004, FC Meyers faxed a request for a 53' container to be dropped at its Jeannette, Pennsylvania facility for deliver to Phoenix.

7.      IDI caused container number EMHU 241861 to be dropped as requested.

8.      Unbeknownst to IDI, FC Meyers loaded the container with a shipment for Third Party Defendant, Unisources' Pleasanton, California facility.

9.      IDI delivered the container to Unisources' Phoenix, Arizona facility, where it was accepted, signed for and received.

10.     On May 6, 2005, Charles Steinbrecher of FC Meyer, filed a claim for the full value of the shipment, as if the shipment was a total loss. (Exhibit 1)

11.     Though IDI had repeatedly supplied FC Meyer with proof of delivery of the shipment to Unisource's Phoeniz facility, FC Meyer sued IDI seeking $15,000, the full value of the shipment,

as if the shipment were completely lost or destroyed.

12.    IDI seeks possession of the shipment or the full value of the shipment from Unisource, and damages for knowingly filing or causing a false claim to be filed.

## REPLEVIN

13    IDI repeats and realleges paragraphs 1 through 12 as if set forth fully herein.

13.    IDI delivered the shipment in container EMHU 241861 to Unisource,

Phoeniz, AZ.

14.    FC Meyers, on its own or on Unisource, Pleasanton, CA's behalf, has asserted a claim for the full value of the shipment, as if the shipment were completely lost or destroyed.

15.    To the extent that Unisource, Phoeniz, AZ has no right, title or interest in the shipment and should not have accepted delivery, IDI as the forwarder is entitled to return of the goods, and seeks possession of the shipment, to return it the rightful owner.

## CONVERSION

16.    IDI repeats and realleges paragraphs 1 through 15 as if set forth fully herein.

17.    IDI delivered the shipment in container EMHU 241861 to Unisource,

Phoeniz, AZ.

18.    FC Meyers, on its own or on Unisource, Pleasanton, CA's behalf, has asserted a claim for the full value of the shipment, as if the shipment were completely lost or destroyed.

19.    To the extent that Unisource, Phoeniz, AZ has no right, title or interest in the shipment, and should not have accepted delivery IDI seeks return of the goods or the full value of the goods to compensate the true owner.

## BAD FAITH FILING OF CLAIM

20.     IDI repeats and realleges paragraphs 1 through 19 as if set forth fully herein.

21.     IDI delivered the shipment in container EMHU 241861 to Unisource,

Phoeniz, AZ.

22.     FC Meyers, on its own or on Unisource's behalf, has asserted a claim for the full value of the shipment.

23.     Unisource knew the shipment was not lost or destroyed.

24.     Unisource knew that the shipment was simply misdelivered.

25.     Neither Unisource nor FC Meyer ever asked IDI to re-deliver the shipment to California.

26      Even though Unisource knew the shipment was not lost or destroyed, but was in fact in its own possession, it filed a claim for the full value of the shipment with FC Meyers and caused or allowed FC Meyer to file a claim for the full value of the shipment with IDI.

27.     Unisource is not entitled to both the goods and the value of the goods.

28.     Unisource's claim was brought in bad faith, and has put IDI to unnecessary fees and costs in defending against the counterclaim and bringing this action.

WHEREFORE, Third Party Plaintiff prays for the following relief:

1.      That the Third Party Plaintiff have and recover of the Third Party Defendant the possession of the shipment, or sum of $15,126.00  plus interest from the date such shipment was delivered;

2.      That the Third Party Plaintiff have and recover its reasonable attorney fees from Third Party Defendant;

3.    That the costs of this action be taxed to the Third Party Defendant;

4.    And for all such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Liese Gallagher Howarth

BBO # 637101
GALLAGHER & HOWARTH, P.C.
68 Bridge Street, Suite 207
Suffield, CT 06078
(860) 254-5434
(860) 254-5430 Facsimile

Date: July 12, 2005

## CERTIFICATE OF SERVICE

I, Liese G. Howarth, hereby certify that on July 13, 2005, I served via U.S. Mail, postage prepaid, a copy of the foregoing Third Party Complaint to the following attorney:

Matthew P. Schaefer
Brann & Isaacson
184 Main Street, P. O. Box 3070
Lewiston, ME 04243-3070

Liese G. Howarth, Esq.
**GALLAGHER & HOWARTH, P.C.**
68 Bridge Street
Suite 207
Suffield, CT 06078
Phone: (860) 254-5434
Facsimile: (860) 254-5430

Attorney for Plaintiff



**FC Meyer Packaging** llc
A Mafcote Affiliate

Charles J. Steinbrecher
Production / Distribution Manager
1000 Thomas Avenue
Jeannette, PA 15644
Phone: 724-523-5565 x 115
Fax: 724-527-4791
Email:csteinbrecher@fcmpackagingsales.com

May 6, 2005

TO:    Ron Johnson Independent Dispatch

FR:    Charles Steinbrecher          Production / Distribution Manager

RE:    Shortage Claim

To whom it may concern,

Due to your inability to provide a proof of delivery for our load #9296, I am sending a credit or charge back for the entire amount of the invoice.

Thank You,

Charles J. Steinbrecher



**FC Meyer Packaging llc**
A Mafcote Affiliate

Charles J. Steinbrecher
Production / Distribution Manager
1000 Thomas Avenue
Jeannette, PA 15644
Phone: 724-523-5565 x 115
Fax: 724-527-4791
Email:csteinbrecher@fcmpackagingsales.com

May 6, 2005

TO:   Ron Johnson Independent Dispatch

FR:   Charles Steinbrecher        Production / Distribution Manager

RE:   Shortage Claim

To whom it may concern,

Please remit the attached shortage claim as you signed for 1,176 cases and delivered only 0 (zero). The consignee has no record of receiving.

Thank You,

Charles J. Steinbrecher

# OVERAGE SHORTAGES & DAMAGES

| INVOICE | CUST | ADDR | CITY | ZIP | ITEM | Price | # Pl S | Total |
|---------|------|------|------|-----|------|-------|--------|-------|
| 9296 | | Unisource 4225 Hacienda Drive Pleasanton, | | 94588 | ALL | $15,167.52 | 1 Tra er | $ 15,167.52 |

$ 15,167.52

**These items were short on a load picked up at our facility on 11/22/04. You signed for 1176 cs. and delivered 0. Please remit the amount shown.**

# COVER

# FAX

_____
_____
_____
_____
_____

# SHEET

**Company:**  F C MEYER
**Attn:**  Chuck Steinbrecher
**Fax #:**  724.527.3575
**Subject:**  P.O.D. for trlr# EMHU 241861
**Date:**  ~~5.31.05~~ 6.7.05
**Pages:**  2, including cover page

From the desk of...

**Ron Johnson**
_Account Manager_
rjohnson@indep ndentdispatch.com

Indepe ident Dispatch, Inc.
214 I iE Middlefield Road
Portland, )regon 97211-1299

877-535-6411
503-535-6411
Fax: 503-327-2256

30
0145

**J & L TRANSPORTATION INC.**
P.O. Box 6325 • Phoenix, Arizona 85005-6325
(602) 278-9152 FAX (602) 278-8831

DATE 12 1 04

4 619+

| SHIPPER | | CONSIGNEE | B/L # | |
|---------|---|-----------|-------|---|
| PC BAYER PACKAGING PORTLAND OR | | UNISOURCE 844 N 47th AVE PHOENIX AZ | | 1 (602)278-2516 UNISOURC Janice |

Ref. #

P.O. # 43412638

| Trlr. # EMHU-241861-UP | | P/U # 2432080 | CUST. | INDEPDIS REF. # 6542 12 |
|---|---|---|---|---|
| Description 1 SEALED TRLR 13 PCS | Weight 43,000 | Bill To: | INDEPENDENT DISPATCH 214 N E MIDDLEFIELD RD PORTLAND OR 97211 | |

| Appt. Date 12/1 | Time 10:00 | | | |
|---|---|---|---|---|
| Wait ☑ Drop ☐ Unload ☐ | H/M ☐ | CHARGES | | |
| Instructions: | | DEL/PU | | 105.00 |
| | | | | 15.75 |

Refuse 1 0 CS
# 1315 Damage
1129 PCS

| DRIVER | ARRIVE 1 15 | | | |
|--------|-------------|---|---|---|
| SEAL # 4403 593 | DEPART 1 30 | Authorization # | | |
| SIGNATURE | | This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | **TOTAL** | $ 120.75 |
| X TRAILER RECEIVED IN GOOD CONDITION UNLESS NOTED | | Trailer must be called in when empty and clean with 148 hours, detention charges will be charged after 48 hours time is used. | | |

# Confirmation Report — Memory Send

Date & Time: Jun-07-2005  02:41pm
Tel line   : 503-535-6538
Machine ID : IDI Itermodal

| | | |
|---|---|---|
| Job number | : | 002 |
| Date & Time | : | Jun-07 02:40pm |
| To | : | 917245273575 |
| Number of pages | : | 002 |
| Start time | : | Jun-07 02:40pm |
| End time | : | Jun-07 02:41pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 002         *** SEND SUCCESSFUL ***

---

**COVER**                                              **FAX**

**SHEET**

**Company:** F C MEYER
**Attn:** Chuck Steinbrecher
**Fax #:** 724.527.3575
**Subject:** P.O.D. for trlr# EMHU 241861
**Date:** ~~5.31.05~~ 6. 7.05
**Pages:** 2, including cover page

From the desk of...

Ron Johnson
Account Manager
rjohnson@indepe identalspatch.corn

Independent Dispatch, Inc.
214 N .E Milediofield Road
Portland, ( regon 87211-1293

877-538-5411
503-538-5411
ax: 503-327-2265

## Confirmation Report — Memory Send

Date & Time: May-31-2005  03:06pm
Tel line    : 503-535-6538
Machine ID : IDI Itermodal

| | | |
|---|---|---|
| Job number | : | 827 |
| Date & Time | : | May-31 03:06pm |
| To | : | 917245273575 |
| Number of pages | : | 002 |
| Start time | : | May-31 03:06pm |
| End time | : | May-31 03:06pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 827        *** SEND SUCCESSFUL ***
  1

**COVER**

**SHEET**

# FAX

**Company:** F C MEYER
**Attn:** Chuck Steinbrecher
**Fax #:** 724.527.3575
**Subject:** P.O.D. for trlr# EMHU 241861
**Date:** 5.31.05
**Pages:** 2, including cover page

From the desk of...

**Ron Johnson**
*Account Manager*
rjohnson@indep ndentdispatch.com

Indope ident Dispatch, Inc.
214 ( E Middlefield Road
Portland, )regon 97211-1299

877-335-6411
503-535-6411
Fax: 503-237-2356

503·285·4035

Ron,

I faxed this to OS&T.

My boss wants me to charge Them on IDI back for the entire load if I don't get a POD today. You are the only broker I use That uses OS&T as a cartage company.

Please help me out with this.

Thank you

Charlie J St

724- 923-5325

Ext 115

## Independent Dispatch, Inc.
### 214 N.E. Middlefield Rd.
### Portland, OR 97211-1299
#### Phone: 503-285-4251
#### Fax: 503-285-4035

Carrier: **J & L Transport ution Inc**

Fax No: **602-278-4931**

Rate: **120.75**

Shipment Date: **11/19/04**

# PRENOTIFICATION

Equip Type: **53' EMHU CONTAINER**

Trailer No:   **EMHU 241861**

Seal No:

Weight:   **43000**    Pieces: **13**    **Commodity Cartons**

Shipper:   **FC Meyer Packaging**

Arriving at: **UP/PHOEXPRES AZ**

$4 = 619+$
$12-01$

Deliver To 1. **Unisource**
        **844 N 47th Ave**
        **Pheonix, AZ**

Contact:
Phone No: **602-278-611**
PO No.: **43412038**

Instructions:  **Call for Appointment**

please Fax POD ASAP

attn:
Here is POD
Requested...
*I'm sorry for the
incident (!!)   Thx. Teresa(!)

IDI Control No: **684202**    (This number must be referenced when invoicing I. IL.)

If you have any questions, please contact:   **Sean Walker**
                        **Phone 503-535-6412  Fax:503-327-2266**

## IDI Document System Cover Sheet
### Intermodal Department

Cust Svc Rep: SW

|  |  |
|---|---|
| Customer Name: | FC Meyer Packaging |
| Order No.: | 654202 |
| Invoice No: | 249032 |
| Date: | November 19, 2004 |
| Trailer/Container No: | EMHU  241861 |
| Customer No: | 5566 |
| Shipper No: | 99999 |
| Customer PO No: | 9756 |
| Consignee PO No: | 43412638 |

 **INDEPENDENT DISPATCH, INC.**     6 4202 

**EDI / FAX**

Date: KCII/19

Time:

| | | | |
|---|---|---|---|
| Shipper: | **FC MEYER** | Todays Date: | 11.12 04 |
| | **JEANNETTE, PA** | Origin RR/Van Size: | EMP 53' (H( ) STACK |

" 122    NO NACS TO AZ

Pickup Date:    ASAP...CALL 24 HOI RS PRIOR TO PU
Pickup #:    975 )
Phone #:    724.523.55 5 x 115

Contact: **CHUCK STEINBRECHER**

| | | | |
|---|---|---|---|
| Consignee: | **UNISOURCE** | PO #: | 43412 38 |
| | **844 NORTH 47TH AVE** | Phone #: | (602) 27( -3411 |
| | **PHOENIX, AZ** | Contact: | |

Send Freight Bill To:    **FC MEYER**
ship date must be printed in body of inv.
and copy of origin B/L attached.

Cust. Order #:    975 i
By:    PETI R
Acct. #:    556 i
Written By:    RJ

Special Instructions:    **EQUIP RESERV#** EH53G62025 Exp 4/2 0 2359

Rate:    23R    $2829 + $265 (FSC)
Trailer:    EMHU24186I
Seal:
Weight:

(1 %) OST    176.7
(FAX# 724. 63.8926)
($1810 + 1 .5%) NS    2036.25
Rey    105
($106 + 15%) J&L TRANSPOR ATION    120.75

Plan:    25    Quote:
Routing:    PITTSBURGH, PA / PHOENIX
NS / CHI /

Commodity:    F OLDED CARTONS

NOA:    I&L TRANSPORT

| Reservation | EHS3G68925 | | Equipment Number | EMHU 241851 |
|---|---|---|---|---|
| Program | EMP | | Equipment | High Cube |
| Customer | INDEPENDENT DISPATCH | | Customer Reference | FC above |
| Reservation Ramp | NS Pittsburgh | | BOL | 654282 |
| Origin Ramp | NS Pittsburgh | | Origin Drayman | V.S.I. Trucking Co., Inc. |
| Destination Ramp | UP Phoenix Express | | Destination Drayman | J-n-t-Transportation, Inc. |
| Return Ramp | UP Phoenix Express | | Seal Number | 14403593 |
| Creation User | *AUTOBOOK / | | Change User | |
| Creation Date/Time | 11/19/2004 07:40 | | Change Date/Time | |
| Apply to Open Reservation | | | Request Number | 889064 |
| Chassis Number | | | Expiration Date/Time | 12/01/2004 14:00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Org Demurrage | NS | 11/19/2004 | 12:53 | 11/22/2004 | 11:46 | 3 | 16.0 | 45.0 |
| Dest Demurrage | UP | 12/01/2004 | 10:56 | 12/01/2004 | 14:00 | 2 | 15.0 | 30.0 |
| | | | | | | 5 | | 75.0 |

| Reservation | EH9G01025 | Equipment Number | EMHU 241681 |
|---|---|---|---|
| Program | EMP | Equipment | 53 High Cube |
| Customer | INDEPENDENT DISPATCH | Customer Reference | PC Meyer |
| Reservation Rama | NB Pittsburgh | BOL | 864022 |
| Origin Ramp | NS Pittsburgh | Origin Drayman | ... |
| Destination Ramp | UP Phoenix Express | Destination Drayman | J & L Transportation, Inc. |
| Return Ramp | UP Phoenix Express | Seal Number | 14403893 |
| Creation User | *AUTOBOOK / | Change User | |
| Creation Date/Time | 11/18/2004 07:40 | Change Date/Time | |
| Apply to Open Reservation | | Request Number | 835984 |
| Chassis Number | | Expiration Date/Time | 12/01/2004 14:50 |

| Activity | | Location | Date | Time | Date | Time | | |
|---|---|---|---|---|---|---|---|---|
| Standby | NS | Pittsburgh | 11/18/2004 | 07:40 | 11/18/2004 | 07:40 | 0.0 | 0.0 |
| Reed | NS | Pittsburgh | 11/19/2004 | 07:40 | 11/19/2004 | 12:53 | 5.2 | 0.21 |
| Empty/Load | NS | Pittsburgh | 11/19/2004 | 12:53 | 11/19/2004 | 12:53 | 0.0 | 0.0 |
| Orig/Shset | NS | Pittsburgh | 11/19/2004 | 12:53 | 11/22/2004 | 11:46 | 70.88 | 2.95 |
| OrigRamp | NS | Pittsburgh | 11/22/2004 | 11:46 | 11/22/2004 | 18:44 | 6.96 | 0.29 |
| Transit | NS | Pittsburgh | 11/22/2004 | 18:44 | 11/24/2004 | 04:02 | 33.3 | 1.38 |
| XTown | NS | 63rd Street | 11/24/2004 | 04:02 | 11/24/2004 | 10:09 | 6.11 | 0.25 |
| Transit | UP | Chicago IMX | 11/24/2004 | 10:09 | 11/29/2004 | 18:44 | 128.58 | 5.27 |
| XTown | UP | Wilmot, AZ | 11/29/2004 | 18:44 | 11/29/2004 | 18:20 | 2.6 | 0.1 |
| Paper/Trans | UP | Phoenix Express | 11/29/2004 | 19:20 | 11/30/2004 | 06:45 | 11.41 | 0.47 |
| 98Free/Time | UP | Phoenix Express | 11/30/2004 | 06:45 | 12/02/2004 | 23:59 | 65.23 | 2.71 |
| Load/Empty | UP | Phoenix Express | 11/30/2004 | 06:45 | 11/30/2004 | 06:45 | 0.0 | 0.0 |
| Des/Ramp | UP | Phoenix Express | 11/30/2004 | 06:45 | 12/01/2004 | 10:56 | 28.18 | 1.17 |
| Des/Shset | UP | Phoenix Express | 12/01/2004 | 10:56 | 12/01/2004 | 14:00 | 3.06 | 0.12 |
| Complete | UP | Phoenix Express | 12/01/2004 | 14:00 | 12/01/2004 | 14:00 | 0.0 | 0.0 |
| | | | | | | | 359.51 | 14.9199999999999998 |

654202          176783

9296

**THIS MEMORANDUM** *[fine print illegible]*

| | |
|---|---|
| From | **FC MEYER PACKAGING, llc** |
| At | **HUFF AVENUE** **GREENSBURG, PA. 15601** |
| By | |

11-02-04

BY  DESIGNATE WITH AN (X)  TRUCK ☐  FREIGHT ☐  Shipper's No.

Company                   Agent's No.

'296

| | |
|---|---|
| Consigned to | **UNISOURCE WORLDWIDE** **9999** |
| | **UNISOURCE WORLDWIDE** |
| Destination | **4225 HACIENDA DR** **PLEASANTON, CA 94588** |
| Route | |
| Delivering Carrier | **COMM OST** |

State of _____    County o _____

Release No. 31245955  WSFZ  420 920

Vehicle or Car Initial _____   No _____

| No. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUM |
|---|---|---|---|---|
| | 3 | | | |
| | | | 55 | |
| | CALL FOR DELIVERY APPOINTMENT. 925-227-6064 DELIVERY DATE 11/03/04 | | | |
| 1131 | | | | |
| | CASES        TOTAL WGT | 32904.00 | | |
| | # OF PALLETS | | | |
| | FOLDING CARTONS, K.D.F. O.T. CORRUGATED NMFC #29280 | | | |
| | Sen 14403593 | | | |

| | |
|---|---|
| FC MEYER PKG LLC | |
| 1000 THOMAS AVENUE | |
| JEANNETTE, PA. 15644 | The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding |

FC MEYER PACKAGING, llc
Shipper        Agent
Per

Permanent post office address of shipper        TOTAL WGT

249032

**REQUEST FOR RAIL BILLING**

*Please Re Bill*

TO _Kenen_                          DATE _11-22-04_

**FROM: OST TRUCKING CO., INC.**

**PH# 1-800-517-9103**

**FAX# 724-863-8926**

| | |
|---|---|
| **STEAMSHIP LINE:** | _EMP_ |
| **CONTAINER#** | _GMHU 241861_ |
| **CHASSIS#** | |
| **BOOKING#** | _654202_ |
| **SEAL#** | |
| **WEIGHT:** | |
| **OTHER:** | |
| **HAZARDOUS CARGO:** | |

**PLEASE SEND EMPTY  RAIL BILLING TO:**

**CSX / PITTSBURGH, PA.**          **N&S PITTSBURGH, PA.**

**PH# 412-856-7498**               **PH# 412-891-5525**

**FAX# 412-856-7806**              **FAX# 412-893-5526**

**IF THERE ARE ANY PROBLEMS WITH PROCESSING THIS RAIL**

**BILLING CONTACT OST TRUCKING AT THE ABOVE PHONE#**

**NUMBER OF PAGES SENT** _____          **TIME** _____

**REQUEST FOR RAIL BILLING**

*Please ~~the~~ BoH*

TO _Kenia_                                DATE _11-22-04_

**FROM: OST TRUCKING CO., INC.**

**PH# 1-800-517-9103**

**FAX# 724-863-8926**

**STEAMSHIP LINE:** _EMP_

**CONTAINER#** _GMHU 241861_

**CHASSIS#**

**BOOKING#** _654202_

**SEAL#** _440?593_

**WEIGHT:** _32,900_

**OTHER:** _52 pallet_

**HAZARDOUS CARGO:**

**PLEASE SEND EMPTY RAIL BILLING TO:**

**CSX / PITTSBURGH, PA.**

**PH# 412-856-7498**

**FAX# 412-856-7806**

**N&S PITTSBURGH, PA.**

**PH# 412-893-5525**

**FAX# 412-893-5526**

**IF THERE ARE ANY PROBLEMS WITH PROCESSING THIS RAIL**

**BILLING CONTACT OST TRUCKING AT THE ABOVE PHONE#**

**NUMBER OF PAGES SENT** _1_                    **TIME** _11:15_

# BILL OF LADING

**BOL No:** 654202        **BOL Date:** 11/19/04                    **CN Reservation No.**

**Car Initial and No:** EMHU   241661      **Kind:** CN      **Length:**   53 ft **No of Cars:**  1  **Plan:**    25   **Rule 1 :**  No

**Origin Ramp:**   PITTSBURGH, PA                    **Destination Ramp:**   PHOEXPRES, AZ

**Routing:**   NS CHGO UP

---

| **Bill-To:** | Independent Dispatch, Inc.<br>214 NE Middlefield Road<br>Portland OR 97211<br>Phone No: 503-285-4251 | **Shipper:** | Independent Dispatch, Inc.<br>214 NE Middlefield Road<br>Portland OR 97211<br>Phone No: 503-285-4251 |
| --- | --- | --- | --- |
| **Notify Party:** | J & L Transportation Inc<br>602-278-4931 | | |

---

**Method of Payment:**   Prepaid                **STCC Code:**  2646210           **FDA** No

**Net Weight:**       43000   Pounds            **Pieces:**      13.00           **UM:** UNT

**Seal No:**                                    **Description:**  Cartons

---

**Additional Names:**

**Beneficial Owner:**              FC Meyer Packaging
                                   1000 Thomas Ave
                                   Jeannette PA

**Crosstown Switch Party:**

**Party Performing Certification:**      Independent Dispatch, Inc.

**Customs Broker:**

**Ship From:**         1.  FC Meyer
                           Jeanette PA

**Deliver To:**        1.  Unisource
                           844 N 47th Ave
                           Pheonix AZ

---

**Price Authority:**

NSPQS000

# IDI    Independent Dispatch Inc.

## FC Meyers Packaging Intermodal Booking

**Rail Confirmation :**    Ron's Direct Fax: 503-327-2256
Office Fax: 503-285-4035

**TO:**    Ron Johnson/ IDI
214 N.E. Middlefield Road
Portland, Oregon 97211-1299
Attention: Ron Johnson
Direct Dial:    877-535-6411
Office:    800-825-0430

| PICKUP/ ACCOUNT: | FC Meyer Packaging 1000 Thomas Avenue Jeannette, PA 15644 Attention: Chuck Steinbrecher 724-523-5565 Extension 115 | Account #5514 |
|---|---|---|

**CONTAINER SIZE REQUESTED (Circle One)**    40'    45'    48'    (53')

**ORDER LOAD DATE:**    ASAP

**FC MEYERS SALES ORDER NUMBER:**    9756

**IDI ORDER NUMBER:**

**CONTAINER NUMBER:**

**DESTINATION/CONSIGNEE CONTACT INFORMATION:**    Cust    No    434 12638

Phoenix

Pick Up @ Jannette

EH53G62025 - AutoBook for Standby # 855064

| Booking# | Customer# | Equip Size Equip Type | Reservation RR | Reservation Ramp |
|----------|-----------|----------------------|----------------|------------------|
| EH53G62025 | 5800 | 53 U288 | NS | PIT |



### EH53G62025 - AutoBook for Standby # 855064

| Booking# | Ramp Description | Standby # | Expiration Date | Expiration Time |
|---|---|---|---|---|
| EH53G62025 | Pittsburgh | 855064 | 20041120 | 235959 |



**INVOICE**

ORIGINAL FREIGHT BILL

**IDI** INDEPENDENT DISPATCH, INC. HOLD BOL

Order No. - 65420

INVOICE NUMBER
REFER TO THIS NUMBER

**249032**

5566

EMHU 241861

11/19/04

| | 43,000 | 2,319.00 | 2,319.00 |
| 1 Folded Cartons | | | |
| 1 FSC | | 265.00 | 265.00 |

Unisource
844 N 47th Ave
Pheonix
AZ

SHIPPER'S NUMBER
9756
ROUTE (CARRIERS, PRO DATE NO., JUNCTIONS)

NS CHGO UP

FC Meyer
Jeanette
PA

FC Meyer Packaging
1000 Thomas Ave
Jeannette, PA 15644

US DOT 257461 INPD FF-1430 INDD

**INTERMODAL**

Terms: NET 30

Total: 2,584.00

PLEASE REMIT ON THIS INVOICE.
NO STATEMENT WILL BE SENT.

WHEN PAYING
ALWAYS ATTACH
REMITTANCE ADVICE.

PAY TO

INDEPENDENT DISPATCH, INC.
214 N.E. MIDDLEFIELD RD.
PORTLAND, OREGON 97211
PHONE: (800) 285-4351
FAX: (800) 285-4826

724
843
8924

Anthony - Unisource has no record of receiving this. I need a pod As ap or there will be a chargeback for the entire load

## STRAIGHT BILL OF ___ING—SHORT FORM—ORIGINAL—___ NEGATIVE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

**From** FC MEYER PACKAGING, llc

**By** CLIFF AVENUE
GREENSBURG, PA. 15601 Company

**BY** TRUCK ☐ FREIGHT ☐ Shipper's No.

Agent's No. 9296

**At** State of County of

**Consigned to** UNISOURCE WORLDWIDE
UNISOURCE WORLDWIDE 9999
4225 HACIENDA DR
PLEASANTON, CA 94588

**Destination**

**Route** CALL FOR DELIVERY APPOINTMENT
925-227-6064
DELIVERY DATE 11/03/04

Release No. 31245955
Vehicle or Car Initial

**Delivering Carrier** COMM OST

| No. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO COR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|
| 1176 | CASES * OF PALLETS | | 575 | |
| | FOLDING CARTONS, K.D.F., O.T. CORRUGATED | | | |
| | NMFC #29280 | | | |
| | TOTAL WGT 32904.00 | | | |

TOTAL PIECES

Permanent post office address of shipper

FC MEYER PKG LLC
3,000 THOMAS AVENUE
JEANNETTE, PA. 15644

TOTAL WGT

Per
Shipper: FC MEYER PACKAGING, llc
Per
Agent:

Chuck
724-523-5525 - 115