## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **INDEPENDENT DISPATCH, INC** | ) | |
| | ) | **Civil Action Case No. 05-10950 RWZ** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FC MEYER PACKAGING, llc** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION TO RESCHEDULE THE RULE 26 SCHEDULING CONFERENCE

Come now the parties Plaintiff, Independent Dispatch, Inc., and Defendant, FC Meyer Packaging, llc, and jointly move the Court to reschedule the Rule 26 Scheduling Conference from July 27, 2005 to August 26, 2005.  The parties request this extension so that they may discuss settlement, and also so that the third party defendant may be served and participate.

 Date:  July 25, 2005

                                                                     Respectfully requested,

| | |
|---|---|
| _____/s/ Matthew P. Schaefer_____ | _____/s/ Liese G. Howarth_____ |
| Matthew P. Schaefer, Esq. | Liese Gallagher Howarth |
| BBO # 567819 | BBO # 637101 |
| BRANN & ISSACSON | GALLAGHER & HOWARTH, P.C. |
| 184 Main Street | 68 Bridge Street, Suite 207 |
| P. O. Box 3070 | Suffield, CT 06078 |
| Lewiston, ME  04243-3070 | (860) 254-5434 |
| (207) 786-3566 | (860) 254-5430 Facsimile |
| (207) 783-9325 Facsimile | Howarthlaw@aol.com |
| mschaefer@brannlaw.com | |